Page____/____

Cause No. 4:22-cv-0177 _____

UNITED STATES DISTRICT COURT OF SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

JUDGE_____
DEMAND FOR A TRIAL BY PEERS
TYPE OF CASE: 42 U.S.C. 1983

United States Courts
Southern District of Texas
FILED

MAR 3 1 2023

Nathan Ochsner, Clerk of Court

Sharon Yasin
plaintiff
vs
Transdev Transportation
defendant

PLAINTIFF'S ORIGINAL COMPLAINT DEMANDS A TRIAL BY A JURY OF PEERS UNDER 7TH AMENDMENT OF THE CONSTITUTION ADA CIVIL RIGHTS VIOLATION

NOW COMES, Sharon Yasin (Plaintiff) who's domicile is in Harris County, Texas who filed a Complaint against Transdev Transportation (defendant) who's principle place of business is 3250 Telephone Rd. Houston, Texas 77023 under 42 U.S.C. 1983

I. DISCOVERY

1. This discovery in this case will be conducted under level 3 pursuant to Tex. T. Civ. 190

II. PARTIES

Plaintiff

2. Sharon Yasin
c/o 7225 Believe 212 (unincorporated)
Houston, Texas [77036]

Defendant

3. Transdev Transportation
3250 Telephone Rd
Houston, Texas 77023

III. JURISDICTION/VENUE

4. Federal Question cases; Cases that arises under federal law is head in a Article III Court by a Article III Judge

IV. COMPLAINT

5. Transdev Transportation Failed to properly trained it's Supervisor Employees

6. Transdev Transportation Failed to properly train it's employee in securement of Quadraplegics in Spinal Powered wheelchair

7. Transdev Transportatiin Failed to properly maintain their lifts.

8. Transdev Transpart Discriminated against Plaintiff in restricting Plaintiff to a Red Belt, but did not restricted it for no one else.

9. Transdev Transportation Discriminated against Plaintiff in denying Plaintiff ADA Accommodations Requesting to utilize the General Driver's pool to be transport due
to the fact 90% of the injuries was caused by Transdev Transportation Supervisors.

10. Transdev Transportations did nothing to protect Plaintiff Ms Yasin from a pattern of ongoing re-occuring injuries and bus-Lift malfunctions that frequently occured on METRO'S Metrolift Paratransit bus, in which First Transit Inc. contract Supervisors employees we're the driver's.

11. Transdev violated my ADA Rights in not affording me a safe transport as they have other riders of the Metrolift Paratransit Bus

11(a) INCIDENTS/INJURY DATES
(also see attachments)

00. 11/13/2022
00. 09/07/2022
01. 05/06/2022
01. 02/07/2021
02. 09/19/2020
03. 06/07/2020
04. 06/06/2020
05. 04/24/2020
06. 03/20/2020
07. 03/10/2020
08. 02/07/2020
09. 02/07/2020
10. 01/31/2020
11. 11/26/2019
12. 11/15/2019
13. 10/29/2019
14. 08/25/2019

---

### IV. STATING A CLAIM

10. Transdev Transportation Poor driver's training and of control the bus, Poor Quadraplegics training in securements in Spinal portable wheelchairs. Failure to maintain lifts and the discrimination of restricted use of Red Belts, driver's fatigue, caused Plaintiff 14 separated TORT Claims injuries.

---

### V. DAMAGES

Plaintiff is claiming damages of $250.000.000.00 plus PUNITIVE DAMAGES, expenses, and loss of business, mental and emotional suffering, physical pain and suffering, anxiety, panic attacks, lost of social life, depression and sleepless nights, and nightmares.

## VI. PRAYER

Plaintiff Pray that justice is served and changes takes place with this company, and others don't suffer the pain I did.

## VII. CONCLUSION

Plaintiff is praying the courts are fair and just in awarding the damages that is due to the Plaintiff

_____

Sharon Yasin
c/o 7225 Bellerive 212
(unincorporate)
Houston, Texas [77036]
the.courts.are.hijacked@gmail.com
512-822-6055


/s/ Sharon Yasin
by:_____©®
All Rights Reserved
Without Prejudice ucc jurisdiction outside D.C. Territories